IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DONNA SNIPES,

     Appellant,

VS.                                    NO. 06-2779-MaP

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

     Appellee.

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 16, 2006, the appellant, Donna Snipes, filed a
Complaint with this court seeking judicial review of the decision
of the Commissioner of Social Security in denying her application
for disability benefits and social security income.  The matter
was referred to Magistrate Judge Tu M. Pham for report and
recommendation.  On February 22, 2008, Magistrate Judge Pham
filed his Report and Recommendation, which recommended that this
matter be remanded to the Administrative Law Judge ("ALJ") for
further proceedings consistent with the report and
recommendation.  The magistrate judge's Report and Recommendation
also advised the parties that any objections to the magistrate
judge's recommendations were to be filed within ten days or that
they might be deemed waived by this court.  Neither party has
filed any objections to the magistrate judge's Report and
Recommendation.

Having reviewed the record in this case, along with the magistrate judge's Report and Recommendation, the court concludes that the findings and conclusions of the magistrate judge are correct.  The Report and Recommendation of the magistrate judge is therefore adopted by this court.  Accordingly, the matter is remanded to the ALJ for further proceedings in compliance with the procedures set forth in 20 C.F.R. § 404.1535 and for the reasons articulated in the magistrate judge's Report and Recommendation.

It is so ORDERED this 4th day of March, 2008.


s/ Samuel H. Mays, Jr.
UNITED STATES DISTRICT JUDGE

06-2779.Adopt.wpd